AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tatel, David S | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>4/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>3818 Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Carnegie Foundation for the Advancement of Teaching |
| 2. | Director | Historical Society for the District of Columbia Circuit |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

Mar 16 2 29 PM '05

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE – (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-Employed (education consultant) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 3/18-22 – Airfare, hotel, meals, and cabs for ▓▓▓ and me to attend Board of Directors meeting. |
| 2. | Macalester College, St. Paul, MN | 5/14-16 – Airfare, rental car, meals, and cabs for me (accompanied by ▓▓▓) to deliver the college's commencement address. |
| 3. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 7/29-30 – Airfare, rental car, meals, parking for me and ▓▓▓ to attend Executive Committee and Board Meetings. |
| 4. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 10/8-9 – Airfare, hotel, meals, taxi for me and ▓▓▓ to attend the National Academy of Education Annual Meeting. |
| 5. | Spencer Foundation, Chicago, IL | 10/27-31 – Airfare, meals, taxis for me and ▓▓▓ to attend the Frank Bixby Lecture and dinner. |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Tatel, David S

Date of Report

4/28/2005

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 6. University of California, Berkeley, CA | 4/16-20 – Airfare, meals, rental car, taxis for me (accompanied by ███ to participate in the law school's moot court program. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Chevy Chase Bank | A | Interest | K | T | | | | | |
| 2.  SEI Daily Income Prime Obligation Cl. B | A | Dividend | L | T | | | | | |
| 3.  Everett Wash Wtr & Swr Rev dtd 8/1/80 8.5% | B | Interest | | | Redeemed | 7/1 | J | A | |
| 4.  Michigan St Hosp Detroit Med Ctr dtd 12/1/93 4.8% | B | Interest | | | Redeemed | 8/15 | K | A | |
| 5.  Maryland Hlth & Hghr Edl Fac Auth U. MD Med 1/1/93 5.3% | A | Interest | | | Redeemed | 2/23 | K | A | |
| 6.  Maryland St Dept Transn Cons Transn Rev dtd 9 15 94 5% | B | Interest | K | T | | | | | |
| 7.  MD St Tsptn Au Spl Oblig BWI Intl Arpt dtd 10/15/94 5.7% | B | Interest | | | Redeemed | 7/1 | K | A | |
| 8.  Charles Cnty MD Cons Pub Impt GO dtd 2/15/96 5% | B | Interest | L | T | | | | | |
| 9.  Honolulu Hawaii City & Cnty dtd 9/1/96 6% | B | Interest | K | T | | | | | |
| 10. Starbucks Corp. | | None | K | T | | | | | |
| 11. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 12. Federal Realty Investment Trust | B | Dividend | L | T | | | | | |
| 13. Avalonbay Communities | B | Dividend | K | T | | | | | |
| 14. NASDAQ 100 Trust Ser 1 | | None | | | Sold | 7/23 | J | A | |
| 15. Poore Brothers, Inc. | | None | J | T | | | | | |
| 16. St. Joe Company | A | Dividend | K | T | | | | | |
| 17. Archstone-Smith Trust | C | Dividend | L | T | | | | | |
| 18. New Germany Fund | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | I = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| 19. Ishares MSCI Singapore (Free) Index Fund | A | Dividend | J | T | . | | | | |
| 20. Calvert Group Tax-Free Money Market Fund | A | Dividend | J | T | | | | | |
| 21. Harford Cnty MD 4.25% 1/15/09 | B | Interest | K | T | | | | | |
| 22. Canada-Gov't 3.5% due 6/1/04 | B | Interest | | | Redeemed | 6/1 | L | D | |
| 23. American Century Global Gold Fund | A | Dividend | K | T | Addl. Purch. | 1/2 | J | | |
| 24. See Item 23 | | | | | Addl. Purch. | 6/17 | J | | |
| 25. ISHARES Russell 2000 | A | Dividend | K | T | | | | | |
| 26. ISHARES S&P Europe 350 | B | Dividend | L | T | | | | | |
| 27. Gold Bank CD 1.6% due 5/6/04 | A | Interest | | | Redeemed | 5/6 | K | A | |
| 28. New Zealand Govt. 6.5% due 2/15/05 | C | Interest | L | T | | | | | |
| 29. ISHARES Lehman 1-3yr Treasury Bond | B | Dividend | L | T | Partial Sale | 1/26 | K | A | |
| 30. ISHARES MSCI Spain | A | Dividend | K | T | | | | | |
| 31. T. Rowe Price New Asia Fund #39 | A | Dividend | K | T | Addl. P rch. | 12/16 | J | | |
| 32. iShares Nasdaq Biotech Index | | None | K | T | Buy | 7/23 | K | | |
| 33. U.S. Treasury Bill due 1/27/05 | | None | K | T | Buy | 7/29 | K | | |
| 34. U.S. Treasury Bill due 4/28/05 | | None | L | T | Buy | 11/1 | L | | |
| 35. Morgan Stanley MTN Var-Cpn due 2/01/11 | B | Interest | L | T | Buy | 2/2 | K | | |
| 36. UK Treasury 6.75% due 11/26/04 | C | Interest | | | Buy | 3/11 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | See Item 36 | | | | | Redeemed | 11/26 | L | B | |
| 38. | Simplified Employee Pension Plan (SEP-IRA) | A | Dividend | L | T | | | | | |
| 39. | See Item 38 | B | Interest | | | | | | | |
| 40. | --Adams Express Co. | | | | | Addl. Purch. | 12/30 | J | | |
| 41. | --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 42. | --St. Joe Company | | | | | | | | | |
| 43. | --ISHARES S&P Europe 350 | | | | | | | | | |
| 44. | --New Zealand Govt. 6.5% due 2/15/05 | | | | | | | | | |
| 45. | --ISHARES MSCI Spain | | | | | | | | | |
| 46. | Individual Retirement Account | E | Dividend | P1 | T | | | | | |
| 47. | See Item 46 | E | Interest | | | | | | | |
| 48. | --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 49. | --Avalonbay Communities Inc. | | | | | | | | | |
| 50. | --Royce Value Trust, Inc. | | | | | | | | | |
| 51. | --Adams Express Co. | | | | | Addl. Purch. | 12/30 | J | | |
| 52. | --Aberdeen Australia Equity Fund, Inc. | | | | | Sold | 7/28 | K | A | |
| 53. | --Standard & Poors Midcap 400 | | | | | | | | | |
| 54. | --Cohen & Steers Total Return Realty Fund, Inc. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --Franklin Capital Growth Fund | | | | | | | | | |
| 56. --Franklin Equity Income Fund | | | | | | | | | |
| 57. --Ishares MSCI Canada Index Fund, Inc. | | | | | | | | | |
| 58. --T. Rowe Price Growth & Income Fund, Inc. | | | | | | | | | |
| 59. --T. Rowe Price Equity Income Fund, Inc. | | | | | | | | | |
| 60. --T. Rowe Price Small Cap Stock Fund | | | | | | | | | |
| 61. --T. Rowe Price International Stock Fund | | | | | | | | | |
| 62. --Third Avenue Value Fund, Inc. | | | | | | | | | |
| 63. --Catellus Development Corp. | | | | | | | | | |
| 64. --St. Joe Co. | | | | | | | | | |
| 65. --Imperial Oil Ltd. | | | | | Sold | 11/3 | L | E | |
| 66. --FFCB 3.55% 5/25/04 | | | | | Redeemed | 5/25 | L | A | |
| 67. --Provident Bk CD 2.4% 11/29/04 | | | | | Redeemed | 11/29 | L | A | |
| 68. --Canada Govt. 3.5% due 6/1/04 | | | | | Redeemed | 6/1 | L | C | |
| 69. --American Century Global Gold Fund | | | | | Addl. Purch. | 1/2 | J | | |
| 70. See Item 69 | | | | | Addl. Purch | 6/17 | J | | |
| 71. --Health Care Select SPDR | | | | | | | | | |
| 72. --FHLMC MTN 3.25% due 11/15/09 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and 4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$5,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. —ISHARES Lehman 1-3 yr. Treasury Bond | | | | | Partial Sale | 1/29 | L | A | |
| 74. —See Item 73 | | | | | Partial Sale | 3/16 | K | A | |
| 75. —Beal Bank CD 1.65% due 12/29/04 | | | | | Redeemed | 12/29 | L | A | |
| 76. —New Zealand Govt. 6.5% due 2/15/05 | | | | | | | | | |
| 77. —Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | Purchase | 2/2 | L | | |
| 78. —iShares S&P/Topix 150 Index Fund | | | | | Purchase | 3/10 | K | | |
| 79. —UK Treasury 6.75% 11/26/04 | | | | | Purchase | 3/15 | K | | |
| 80. See Item 79 | | | | | Redeemed | 11/26 | K | A | |
| 81. —U.S. Treasury Bill 8/26/04 | | | | | Purchase | 5/28 | K | | |
| 82. See Item 81 | | | | | Redeemed | 8/26 | K | A | |
| 83. —Weingarten Realty Investors Fund | | | | | Purchase | 6/3 | J | | |
| 84. —Lehman Bros Bank CD 2.25% 6/23/05 | | | | | Purchase | 6/23 | L | | |
| 85. —U.S. Treasury Bill 1/27/05 | | | | | Purchase | 7/30 | K | | |
| 86. —U.S. Treasury Bill Z-Cpn 5/26/05 | | | | | Purchase | 11/26 | M | | |
| 87. —U.S. Treasury Bill 6/30/05 | | | | | Purchase | 12/31 | M | | |
| 88. Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 89. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: (See Column C2) Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

## VIII   ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date ___5/10/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544